WILLIAM FRANCISCO, Respondent, *v.* THE TROY AND LANSING-
BURGH RAILROAD COMPANY, Appellant.

*Francisco* v. *Troy & L. R. R. Co.*, 5 App. Div. 625, affirmed.
(Argued January 30, 1899; decided February 28, 1899.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered May
11, 1896, affirming a judgment in favor of plaintiff entered
upon a verdict, an order denying a motion to postpone the trial
of the action, and an. order denying a motion for a new
trial.

*Thomas S. Fagan* for appellant.

*Isaiah Fellows, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

ZEICHA SWEET, Respondent, *v.* THE CITY OF BUFFALO,
Appellant.

*Sweet* v. *City of Buffalo*, 92 Hun, 404, affirmed.
(Argued January 30, 1899; decided February 28, 1899.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the fifth judicial department, entered Janu-
ary 2, 1896, affirming a judgment in favor of plaintiff entered
upon a verdict, and an order denying a motion for a new
trial.

*C. V. Nellany* and *W. H. Cuddeback* for appellant.

*Loran L. Lewis, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.
All concur.